UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON, KENTUCKY

| | |
|---|---|
| P. T. JETT, | ) JURY TRIAL DEMANDED |
|  | ) |
|     Plaintiff, | ) |
|  | ) |
| vs. | ) CIVIL ACTION NO. |
|  | ) _____ |
| CSX TRANSPORTATION, INC., | ) |
| a corporation, | ) |
|  | ) |
|     Defendant. | ) |

## COMPLAINT FOR DAMAGES

COMES NOW, P. T. JETT, plaintiff in this action, and files his complaint for damages against defendant as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is a Federal Employers' Liability Act case brought pursuant to Title 45 U.S.C., Section 51, et. seq. Jurisdiction and venue are based on Title 45, U.S.C., Section 56, venue is proper, and it may be served with Summons and Complaint as allowed by law. The plaintiff's residence is in Covington, Kentucky.

2. The defendant, CSX Transportation, Inc., is a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire for the purpose of carrying freight in interstate commerce.

3. The plaintiff, at all times referred to herein, was an employee of the defendant acting within the line and scope of his employment for the defendant. The plaintiff's duties of employment for the defendant were in furtherance of interstate

commerce or directly or closely and substantially affected such interstate commerce.

## FACTS

4. Plaintiff avers that heretofore on, to-wit, mid 2005, plaintiff began suffering wear and tear symptoms of his left shoulder. He has suffered severe pain and discomfort in his left shoulder and mental anguish since that time and will so suffer in the future; he has been caused to undergo medical treatment and will have radical surgery on his left shoulder for what has been diagnosed as a tear of the rotator cuff of his left shoulder. He has lost wages from his employment with the defendant railroad company and will lose wages from the defendant railroad company in the future; his capacity to work and earn money in the future has been permanently impaired; his nervous, emotional and musculoskeletal systems have been damaged and permanently impaired; he has spent monies for various medical providers and has been otherwise injured.

## COUNT ONE

5. Plaintiff avers that all of his aforesaid injuries and damages were caused, in whole or in part, by the negligence of the defendant railroad company in that the defendant railroad company caused all of the plaintiff's said injuries by requiring him to grab up on and off moving railroad equipment for over 30 years; to ride long cuts of cars while hanging from the side ladders; sustaining severe slack action from riding heavy cars loaded with railroad lading for years for the defendant railroad company; switching railroad cars for 10 years in DeCorsey Yard and 20 years at Queensgate Yard during which he was required to perform work which the defendant railroad company required

of him and work which caused him to sustain severe left shoulder strains from slack action and from grabbing onto moving and standing locomotives and freight cars for 30 years. In addition, he suffered severe shoulder strain from hanging onto the sides of railroad freight cars for distances up to a mile or more; severe shoulder strain from throwing yard switches that were hard to throw because they were negligently maintained, and severe shoulder strain from pulling on railroad freight car hand brake wheels and handles that were hard to pull because of inadequate maintenance. All of the foregoing job requirements caused great stress and excess motion of the plaintiff's left shoulder resulting in accelerated wear and tear degeneration of the plaintiff's rotator cuff anatomy in his left shoulder.

## COUNT TWO

6. Plaintiff avers that all of his aforesaid injuries and damages were caused, in whole or in part, by the negligent failure of the defendant railroad company to use reasonable care to provide to the plaintiff a reasonably safe place to work during the thirty plus years he worked for the defendant railroad company.

## DAMAGES

7. Plaintiff avers that as a result, in whole or in part, of the defendant's negligence, he has suffered and seeks to recover for the following special injuries and damages:

    A. Past lost wages and benefits;

    B. Future lost wages and benefits;

    C.    Permanent impairment of his ability to earn a living;

    D.    Past medical expenses;

    E.    Future medical expenses; and

    F.    Medical insurance provided by the defendant railroad company.

8.    Plaintiff avers that as a result, in whole or in part, of the defendant's negligence, he has suffered and seeks to recover for the following general injuries and damages:

    A.    Past physical pain and mental anguish;

    B.    Future physical pain and mental anguish;

    C.    Permanent physical disability; and

    D.    Inability to carry out and enjoy the usual and normal activities of life.

9.    The plaintiff seeks to recover a sum that will fully and fairly compensate him for his special and general damages. Because of the severity of his injuries, the plaintiff claims fair compensation in excess of the jurisdictional amount of this Court and in an amount to be set by a jury of his peers.

## JURY DEMAND

10.    Plaintiff demands trial by jury.

WHEREFORE, the plaintiff prays for a trial by jury, that summons issue, that judgment be entered in favor of him and against the defendant and that the following relief be granted:

    A.    That the plaintiff be awarded special and general damages in an amount to

fully and fairly compensate him for his injuries;

B. That the cost of this action be assessed against the defendant; and

C. That this Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

By: s/ Lucinda C. Shironni
LUCINDA C. SHIRONNI
    Taliaferro, Shirooni, Carran
    & Keys, PLLC
    1005 Madison Avenue
    Covington, KY 41011-3113
    Telephone: 859-291-9900
    E-Mail:cshirooni@tmsck.com

FRANK O. BURGE, JR.
Burge & Burge
850 Park Place Tower
Birmingham, AL 35203
Telephone: 205-251-9000
E-Mail: BS@Burge-law.com

**PLAINTIFF'S ADDRESS**:
4402 Church Street
Covington, KY 41015-1745

**DEFENDANT'S ADDRESS**:
CSX TRANSPORTATION, INC.
C/o its agent for service of process

CSX-LAWYERS INCORPORATING
SERVICE COMPANY
421 West Main Street
Frankfort, KY 40601